FOREST HILLS MASONIC GUILD, INC., Appellant, v. BOULEVARD BANK et al., Respondents.— In an action to obtain a judgment declaring that defendants were not entitled to exercise an option of purchase contained in a lease between plaintiff and defendant Boulevard Bank, and to restrain defendants from exercising the option, judgment was entered dismissing the complaint and granting specific performance to defendant Boulevard Bank, as prayed for in its counterclaim. Judgment unanimously affirmed, with costs. (*Mutual Life Ins. Co.* v. *Stephens,* 214 N. Y. 488.) Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

BLANCHE HORNIG, Respondent, v. ABRAHAM A. JACOBSON, as Executor of SAM HORNIG, Deceased, Appellant.— In an action for a partnership accounting by a surviving partner against the executor of the will of her deceased partner, interlocutory judgment directing the executor to file such accounting and granting other relief, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

In the Matter of MAX BECKER, Appellant, against FRANCIS J. SINNOTT, as Clerk of the County Court of Kings County, et al., Respondents.— Appeal from a decision and order denying appellant's motion to delete from an amended commitment under which he is presently imprisoned the words " to run consecutively ", which follow sentences of twenty years for the felony of burglary, third degree, as a second offense, and ten years for the felony of grand larceny, second degree, as a second offense. The application was based upon the claim that those words were inserted by the Clerk of the County Court of Kings County without authority. Order affirmed, upon the ground that the challenged phrase was properly included in the amended commitment and was in accord with the opinion and order of the court amending the commitment. Appeal from decision dismissed. Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

In the Matter of the Accounting of GEORGE N. LEVINE, as Executor of MORRIS FELDMAN, Deceased. GEORGE N. LEVINE, Appellant; ROBERT H. FELDMAN, Respondent.— Appeal by attorney for an executor from so much of an accounting decree of the Surrogate's Court, Queens County, as fixed his counsel fee in the sum of $600. Decree modified on the facts by striking from subdivision 1 of the first ordering paragraph the words and figures " Six Hundred Forty-Three and 50/100 ($643.50) " and substituting in lieu thereof the words and figures " One Thousand Forty-Three and 50/100 ($1043.50) "; and by reducing the payment to Robert H. Feldman, provided for in subdivision 2, accordingly. As so modified, the decree, insofar as appealed from, is unanimously affirmed, with costs to appellant, payable out of the estate. An allowance of $1,000 is reasonable, in the light of all of the circumstances, for the legal services rendered. (*Matter of Kentana,* 170 Misc. 663.) Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

In the Matter of MICHAEL MAGNOTTA, Appellant, against HERBERT C. GERLACH et al., Constituting the Board of Acquisition and Contract of the County of Westchester, et al., Respondents.— Appeal from a final order dismissing a petition for an order of mandamus to require the Board of Acquisition and Contract and the Board of Supervisors of Westchester County to award a contract for the sale of certain real estate to petitioner and to restrain said boards from attempting to resell the property or to readvertise for bids. Order unanimously affirmed, without costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.